

**Paystub 8671**

SI SENOR MEX MEX GRILL 2 INC
612 WALMART DRIVE, FARMINGTON, MO 63640
Name: AGUSTIN LEON
Emp #: 268    Dept: MGR
SS#: ***-**-6067    Pay Period: 02/15/21 thru 02/28/21

| Description | Hr/Unit | Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Py | | | 2,822.92 | 9,805.24 |
| Total Gross | | | 2,822.92 | 9,805.24 |

| Description | Current | Year-To-Date |
|---|---|---|
| FICA W/H | 175.02 | 607.92 |
| Medi W/H | 40.93 | 142.17 |
| Fed W/H | 486.97 | 1,656.15 |
| State W/H | 120.00 | 399.00 |
| Deductions | 822.92 | 2,805.24 |
| Net Pay | 2,000.00 | 7,000.00 |

**Paystub 8687**

SI SENOR MEX MEX GRILL 2 INC
612 WALMART DRIVE, FARMINGTON, MO 63640
Name: AGUSTIN LEON
Emp #: 268    Dept: MGR
SS#: ***-**-6067    Pay Period: 03/01/21 thru 03/14/21

| Description | Hr/Unit | Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Py | | | 850.00 | 10,655.24 |
| Total Gross | | | 850.00 | 10,655.24 |

| Description | Current | Year-To-Date |
|---|---|---|
| FICA W/H | 52.70 | 660.62 |
| Medi W/H | 12.33 | 154.50 |
| Fed W/H | 136.87 | 1,793.02 |
| State W/H | 13.00 | 412.00 |
| Deductions | 214.90 | 3,020.14 |
| Net Pay | 635.10 | 7,635.10 |



SI SENOR MEX MEX GRILL 2 INC
612 WALMART DRIVE, FARMINGTON, MO 63640
Name: AGUSTIN LEON
Emp #: 268
Dept: MGR
SS#: ***-**-6067
Pay Period: 02/01/21 thru 02/14/21

8656

| Description | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Hr/Unit | | | | | | |
| Regular Py | | 2,822.92 | 6,982.32 | FICA W/H | 175.02 | 432.90 |
| | | | | Medi W/H | 40.93 | 101.24 |
| | | | | Fed W/H | 486.97 | 1,169.18 |
| | | | | State W/H | 120.00 | 279.00 |
| | | | | Deductions | 822.92 | 1,982.32 |
| | | | | Net Pay | 2,000.00 | 5,000.00 |
| Total Gross | | 2,822.92 | 6,982.32 | | | |



**Paystub 1 (8624)**

SI SENOR MEX MEX GRILL 2 INC
612 WALMART DRIVE, FARMINGTON, MO 63640
Emp #: 268    Name: AGUSTIN LEON
SS#: ***-**-6067    Dept: MGR
Pay Period: 01/04/21 thru 01/17/21

| Description | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular Py | | 1,336.48 | 1,336.48 | FICA W/H | 82.86 | 82.86 |
| | | | | Medi W/H | 19.38 | 19.38 |
| | | | | Fed W/H | 195.24 | 195.24 |
| | | | | State W/H | 39.00 | 39.00 |
| Total Gross | | 1,336.48 | 1,336.48 | Deductions | 336.48 | 336.48 |
| | | | | Net Pay | 1,000.00 | 1,000.00 |

**Paystub 2 (8639)**

SI SENOR MEX MEX GRILL 2 INC
612 WALMART DRIVE, FARMINGTON, MO 63640
Emp #: 268    Name: AGUSTIN LEON
SS#: ***-**-6067    Dept: MGR
Pay Period: 01/18/21 thru 01/31/21

| Description | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular Py | | 2,822.92 | 4,159.40 | FICA W/H | 175.02 | 257.88 |
| | | | | Medi W/H | 40.93 | 60.31 |
| | | | | Fed W/H | 486.97 | 682.21 |
| | | | | State W/H | 120.00 | 159.00 |
| Total Gross | | 2,822.92 | 4,159.40 | Deductions | 822.92 | 1,159.40 |
| | | | | Net Pay | 2,000.00 | 3,000.00 |

ACAPULCO NO. 2 INC.
1935 Buford Mill Dr Ste J
Buford, GA 30519

135

AUGUSTIN LEON
2651 Woodside Dr
Duluth, GA 30096

SSN: 6067    Check date: 12/19/20    Check #: 10036654
Period begin: 12/06/20    Period end: 12/12/20

### Total

| Wages | Regular | | | Overtime | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| SALARY WAGE | | | 917.08 | | | 0.00 | | 917.08 | FICA-SS | 56.86 |
| | | | | | | | | | FICA-MED | 13.30 |
| | | | | | | | | | FIT | 58.41 |
| | | | | | | | | | Georgia SIT | 41.34 |
| Totals | | | 917.08 | | | 0.00 | | 917.08 | | 169.91 |

Accruable benefits    Used this check    Available

Net Check    747.17
Direct Deposit    0.00
Total Pay    747.17

Direct deposit detail

### Year to Date

| Wages | Regular | | Overtime | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | | |
| HOURLY WAGE | 818.65 | 6,816.15 | 164.02 | 6,006.37 | | 12,822.52 | FICA-SS | 1,480.95 |
| SALARY WAGE | | 11,063.78 | | 0.00 | | 11,063.78 | FICA-MED | 346.35 |
| | | | | | | | FIT | 1,883.91 |
| | | | | | | | Georgia SIT | 1,055.35 |
| Totals | 818.65 | 17,879.93 | 164.02 | 6,006.37 | 983.67 | 23,886.30 | | 4,666.57 |

Direct deposit detail

Net Check    19,345.73
Direct Deposit    0.00
Total Pay    19,319.73

## Paystub 1

**ACAPULCO NO 2 INC.**
1935 Buford Mill Dr Ste J
Buford, GA 30518

SSN: 5067

**AUGUSTIN LEON**
2651 Woodside Dr
Duluth, GA 30096

Check date: 12/12/20   Check #: 1000833
Period begin: 11/29/20   Period end: 12/05/20

| Wages | Rate | Regular Hours | Amount | Overtime Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SALARY WAGE | 135 | | 372.88 | | 0.00 | | 372.88 | FICA-SS | 23.11 |
| | | | | | | | | FICA-MED | 5.40 |
| | | | | | | | | Georgia SIT | 10.05 |
| **Totals** | | | **372.88** | | **0.00** | | **372.88** | | **38.56** |

Accruable benefits - Used this check - Available

Direct deposit detail:
Net Check 334.32
Direct Deposit 0.00
Total Pay 334.32

## Paystub 2 — Year to Date

| Wages | Regular Hours | Amount | Overtime Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| HOURLY WAGE | 619.65 | 6,818.15 | 364.02 | 6,000.37 | 983.67 | 12,822.52 | FICA-SS | 1,424.09 |
| SALARY WAGE | | 10,146.70 | | 0.00 | | 10,146.70 | FICA-MED | 333.05 |
| | | | | | | | FIT | 1,029.50 |
| | | | | | | | Georgia SIT | 1,014.02 |
| **Totals** | | **16,962.85** | **364.02** | **6,000.37** | **983.67** | **22,969.22** | | **4,390.66** |

Direct deposit detail:
Net Check 18,572.56
Direct Deposit 0.00
Total Pay 18,572.56

ACAPULCO NO. 2 INC.
1035 Buford Mill Dr Ste J
Buford, GA 30519

AUGUSTIN LEON
2551 Woodside Dr
Duluth, GA 30096

135   SSN: 6067

Check date: 11/28/20   Check #: 1000539
Period begin: 11/15/20   Period end: 11/21/20

| Wages | Rate | Regular Hours | Amount | Overtime Hours | Rate | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| SALARY WAGE | 579.29 | | 579.29 | | | 0.00 | | 579.29 | FICA-SS | 35.92 |
| | | | | | | | | | FICA-MED | 8.40 |
| | | | | | | | | | FIT | 17.87 |
| | | | | | | | | | Georgia SIT | 21.92 |
| Totals | | | 579.29 | | | 0.00 | | 579.29 | | 84.11 |

Net Check   495.18
Direct Deposit   0.00
Total Pay   495.18

Year to Date

| Wages | Regular Hours | Amount | Overtime Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| HOURLY WAGE | 618.65 | 6,816.15 | 364.02 | 6,006.37 | 983.67 | 12,822.52 | FICA-SS | 1,400.98 |
| SALARY WAGE | | 9,773.82 | | 0.00 | | 9,773.82 | FICA-MED | 327.85 |
| | | | | | | | FIT | 1,625.50 |
| | | | | | | | Georgia SIT | 1,003.97 |
| Totals | 618.65 | 16,589.97 | 364.02 | 6,006.37 | 983.67 | 22,596.34 | | 4,358.10 |

Net Check   18,235.24
Direct Deposit   0.00
Total Pay   18,238.24

ACAPULCO NO. 2 INC.
1935 Buford Mill Dr Ste J
Buford, GA 30519

135

AUGUSTIN LEON
2651 Woodside Dr
Duluth, GA 30096

SSN: 6067

Check date: 11/21/20   Check #: 1060568
Period begin: 11/08/20   Period end: 11/14/20

| Wages | Regular | | | Overtime | | Total | | Deductions | |
|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Hours | Amount | Hours | Amount | | Amount |
| SALARY WAGE | | | 1,398.98 | | 0.00 | | 1,398.98 | FICA-SS | 86.74 |
| | | | | | | | | FICA-MED | 20.29 |
| | | | | | | | | FIT | 155.12 |
| | | | | | | | | Georgia SIT | 69.05 |
| Totals | | | 1,398.98 | | 0.00 | | 1,398.98 | | 331.20 |

Accruable benefits   Available   Used this check

Direct deposit detail

Net Check     1,067.78
Direct Deposit   0.00
Total Pay     1,067.78

Year to Date

| Wages | Regular | | | Overtime | | Total | | Deductions | |
|---|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | | Hours | Amount | Hours | Amount | | Amount |
| HOURLY WAGE | 619.65 | 6,816.15 | | 364.02 | 6,006.37 | 983.67 | 12,822.52 | FICA-SS | 1,365.06 |
| SALARY WAGE | | 9,194.53 | | | 0.00 | | 9,194.53 | FICA-MED | 319.25 |
| | | | | | | | | FIT | 1,607.63 |
| | | | | | | | | Georgia SIT | 982.05 |
| Totals | 619.65 | 16,010.68 | | 364.02 | 6,006.37 | 983.67 | 22,017.05 | | 4,273.99 |

Direct deposit detail

Net Check     17,743.06
Direct Deposit   0.00
Total Pay     17,743.06